**WO** SVK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rockney Willard Martineau,   ) | No. CV 07-0646-PHX-SMM (JRI) |
| Plaintiff,   ) | **ORDER** |
| vs.   ) | |
| Miles Nelson, et al.,   ) | |
| Defendants.   ) | |

Plaintiff Rockney Willard Martineau, an inmate at the Maricopa County Towers Jail in Phoenix, Arizona, filed this *pro se* Civil Rights Complaint pursuant to 42 U.S.C. §1983 on March 27, 2007. On May 22, 2007, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis*, obligating him to pay the statutory filing fee of $350.00, and dismissed the Complaint, with leave to amend, because it did not state a claim (Doc. #9). On June 1, 2007, Plaintiff filed a Motion to Dismiss this action, which the Court will construe as a Notice of Voluntary Dismissal (Doc. #12).  Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff has the right to voluntarily dismiss this action without order of the Court "by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. . . ." The Court will direct the Clerk to dismiss the action without prejudice.

Plaintiff has also filed a Motion for Waiver of Fees (Doc. #11), in which he asks the Court to waive or defer the fee in view of his Motion to Dismiss.  The Court notes that 28

1 U.S.C. § 1915, which governs proceedings *in forma pauperis*, does not provide any
2 authority or mechanism for the Court to excuse Plaintiff from having to pay his filing fee.
3 Unfortunately for Plaintiff, under the strictures of 28 U.S.C. § 1915, as amended by the
4 Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321 (Apr. 26, 1996)
5 (PLRA), he must now endure the financial consequences of his economic decision to file this
6 action. Accordingly, Plaintiff's Motion for Waiver of Fees will be denied.

**IT IS HEREBY ORDERED:**

(1)   Plaintiff's Motion for Waiver of Fees (Doc. #11) is **DENIED**.

(2)   Plaintiff's Motion to Dismiss Case (Doc. #12), which the Court construes as a Notice of Voluntary Dismissal, is **GRANTED**, and this action is **dismissed without prejudice**. The Clerk of Court must enter judgment accordingly.

DATED this 7th day of June, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge

- 2 -