**WO** SVK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rockney Willard Martineau, | No. CV 07-0646-PHX-SMM (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| Miles Nelson, et al., | |
| Defendants. | |

Plaintiff Rockney Willard Martineau, who is confined in the Maricopa County Towers Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. The Court granted Plaintiff's Application to Proceed, which required Plaintiff to pay the statutory filing fee of $350.00. 28 U.S.C. § 1915(b)(1). The Court ordered that monthly payments be made from Plaintiff's inmate jail account. (Doc. #10.)

Plaintiff has filed a letter alleging that he sent the Court an "International Promissory Note" and a "1040-v Payment Voucher" for $350.00, which he claims the Court has accepted as payment of the filing fee. He also encloses additional documents that purport to be payment of the fee. The Court will construe the letter as a motion to accept the promissory note, voucher, or additional documents as payment of the filing fee; the Court denies the motion.

**TERMPSREF**

1  **IT IS ORDERED** that Plaintiff's letter regarding the filing fee (Doc. #14), which the
2  Court construes as a motion to accept the promissory note, voucher, or additional documents
3  as payment for the filing fee, is **DENIED**.

4  DATED this 14th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge