**WO**                                                                                          SVK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rockney Willard Martineau, | No. CV 07-0646-PHX-SMM (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| Miles Nelson, et al., | |
| Defendants. | |

Plaintiff Rockney Willard Martineau, who is confined in the Maricopa County Towers Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. The Court granted Plaintiff's Application to Proceed, which required Plaintiff to pay the statutory filing fee of $350.00. 28 U.S.C. § 1915(b)(1). The Court ordered that monthly payments be made from Plaintiff's inmate jail account. (Doc. #10.) Plaintiff filed a Motion to Waive Fees (Doc. #11) and a Motion to Dismiss the Case (Doc. #12). The Court construed the Motion to Dismiss as a Notice of Voluntary Dismissal. The Court directed the Clerk of Court to enter Judgment dismissing the case, without prejudice, and denied the Motion to Waive Fees (Doc. #13.).

Plaintiff then filed a letter alleging that he sent the Court an "International Promissory Note" and a "1040-v Payment Voucher" for $350.00, which he claimed the Court had accepted as payment of the filing fee. He also enclosed additional documents that purported to be payment of the fee. The Court construed the letter as a motion to accept the promissory

1 note, voucher, or additional documents as payment of the filing fee; the Court denied the
2 motion (Doc. #15).

3 Plaintiff has now filed a "Notice of Acceptance of Denials and Request for 1099-OID
4 and Request for Taxpayer I.D. No." (Doc. #16). Plaintiff requests the Clerk of Court to
5 "prove the source of the bill" for the civil action filing fee.  The Court will deny the request
6 and direct the Clerk of Court to accept no further filings from Plaintiff in this closed case,
7 except those in furtherance of an appeal.

8 Accordingly,

9 **IT IS HEREBY ORDERED that:**

10 (1)   Plaintiff's "Notice of Acceptance of Denials and Request for 1099-OID and
11 Request for Taxpayer I.D. No." (Doc. #16), in which Plaintiff requests the Clerk of Court
12 to "prove the source of the bill" for the civil action filing fee, is **DENIED**.

13 (2)   The Clerk of Court must accept no further filings from Plaintiff in this closed
14 case, except those in furtherance of an appeal.

15 (3)   Plaintiff must file no further documents in this closed case, except in
16 furtherance of an appeal.

17 DATED this 29th day of August, 2007.

Stephen M. McNamee
United States District Judge